FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JUN 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOVING OXNARD FORWARD, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LOURDES LOPEZ, in her official capacity as City Clerk for the City of Oxnard, <br><br> Defendant-Appellee, <br><br> and <br><br> DOES, 1 through 25, inclusive, <br><br> Defendant. | No. 21-56295 <br><br> D.C. No. <br> 2:20-cv-04122-CBM-AFM <br> Central District of California, <br> Los Angeles <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.